IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **04-cv-1343-AP**

**CHARITY TINGLEY,**

                    Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

                    Defendant.

---

## ORDER

---

Kane, J.

        This matter is before the Court on Defendant's Unopposed Motion for Entry of Judgment (doc. #6), filed December 31, 2007.  The Court has reviewed the file and considered the motion.  It is, therefore

        **ORDERED** that the motion is **GRANTED**.  Judgment shall enter in favor of the plaintiff and against the defendant consistent with the Notice of Fully Favorable Decision issued by the Administrative Law Judge on October 1, 2007.

        Dated this 4th day of January, 2008.

                                        BY THE COURT:

                                        *S/John L. Kane*
                                        JOHN L. KANE, SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT