IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-1343-AP

CHARITY TINGLEY,

        Plaintiff,

vs.

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

        Defendant.
_____

**ORDER**
_____

Upon consideration of Plaintiff's Unopposed Motion for Attorney Fees Pursuant to 42 U.S.C. § 406(b)(1) [Doc. #13] and Plaintiff's Memorandum in Support thereof [Doc. #14], in which she seeks authorization for payment of attorney fees by the Social Security Administration ("SSA") Commissioner in the amount of $9,403.25, I have determined that under the standards set forth in 42 U.S.C. § 406(b), Plaintiff's request for $9,403.25 for attorney fees is reasonable.

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED, and as a result, the SSA Commissioner is ORDERED to pay Plaintiff's attorney $9,403.25 for fees incurred in representing Plaintiff before this Court, and in this matter. The SSA Commissioner has already issued Plaintiff a check representing $5300.00 of the amount of attorney fees owed. Plaintiff's attorney will give to Plaintiff the EAJA fee check in the amount of $5,277.38. Plaintiff's

attorney will not seek any additional attorney fees for the representation of Plaintiff in this matter for work performed before the Commissioner.

DATED this 5th day of March, 2008.

BY THE COURT:

*S/John L. Kane*
U.S. District Court Judge